FILED

AO 91 (Rev. 11/11)  Criminal Complaint

APR 22 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| United States of America <br> v. <br> DEFENDANT 1: DOMINGUEZ, Edith Marie <br> DEFENDANT 2: MARTINEZ-Tovar Gregory Jose <br> Daniel <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Case No. EP-26-M-1643-RFC (1)(2) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 20, 2026 _____ in the county of _____ El Paso _____ in the

_____ Western _____ District of _____ Texas _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8:1324(a)(1)(A)(v)(I), (a)(1)(A)(iii) and (a)(1)(B)(i) | knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with others known and unknown, to commit offenses against the United States, namely: knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, conceals, harbors, or shields from detection, or attempts to conceal, harbor, and shield from detection, such alien in any place, including any building and any means of transportation. |

This criminal complaint is based on these facts:

Charge #1: DEFENDANT 1: DOMINGUEZ, Edith Marie
DEFENDANT 2: MARTINEZ-Tovar Gregory Jose Daniel

☑ Continued on the attached sheet.

Oath Telephonically Sworn
At __1__:__20__ PM
ed.R.Crim.P.4.1(b)(2)(A)

Sworn to before me and signed in my presence.

_____
*Complainant's signature*

Alejandro Portillo, Border Patrol Agent
*Printed name and title*

Date: _____ 04/22/2026 _____

_____
*Judge's signature*

City and state: _____ El Paso, Texas _____

Robert F. Castaneda, U.S. Magistrate Judge
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Edith Marie DOMINGUEZ
Gregory Jose Daniel MARTINEZ-Tovar

PEPT# PEPT260400745

04/22/2026

FACTS    (CONTINUED)

On April 20, 2026, Border Patrol Agents were conducting surveillance on a residence located on the 10400 block of Bon Aire Drive in El Paso, Texas within the Western District of Texas, and preparing to execute a search warrant. Agents observed two individuals exit the residence, board a black Silverado and leave the premises. Agents followed the Silverado to a supermarket. While inside the supermarket Agents were able to identify Edith Marie DOMINGUEZ (herein referred to as DEFENDANT 1) as a person of interest residing at the residence, and MARTINEZ-Tovar, Gregory Jose Daniel (herein referred as DEFENDANT 2). Agents then followed the two DEFENDANTS as they left the supermarket, traveled to and entered another store located near the 10400 block of Kenworthy St in EL Paso Texas. Agents waited until the two DEFENDANTS exited the store approached the DEFENDANTS and identified themselves as U.S. Border Patrol and questioned them as to their citizenship. DEFENDANT 1 claimed to be a U.S. citizen and DEFENDANT 2 claimed to be a citizen of Venezuela illegally present in the U.S. Agents detained both DEFENDANTS and advised them of the search warrant for the residence located near 10400 Bon Aire Dr. Agents asked DEFENDANT 1 if any additional people or pets were in the residence. DEFENDANT 1 claimed that her younger siblings were there and some construction workers were present at the house.

Agents returned to residence located on the 10400 block of Bon Aire Dr. knocked on the front door, identified themselves as U.S. Border Patrol and notified all occupants inside of the search warrant. Upon entering the residence Agents noted deplorable living conditions with scattered trash and windows covered with dark curtains or blankets, common indicators of a stash house. After a search of the residence agents encountered ten adult occupants and three juvenile children hiding in different rooms of the house. Agents determined the ten adults and one juvenile were illegal aliens and the other two juveniles were United States citizens (DEFENDANT 1 siblings). Both DEFENDANTS and all individuals were arrested and taken to the station for further questioning.   At the station, the two juvenile U.S. citizens were released to a family friend.

At the station, DEFENDANT 1 agreed to provide a post Miranda statement regarding her involvement. DEFENDANT 1 claimed she got involved in transporting and housing illegal aliens a year ago and works for her mom, who is the owner of the residence. DEFENDANT 1 claimed she would receive instructions from an alien smuggler and would pick up illegal aliens at an apartment complex near her house or at Memorial Park. DEFENDANT 1 claimed that she received the illegal aliens found in her house over the past weekend. DEFENDANT 1 would take care of the illegal aliens at her house and further stated since October 2025 she has housed over 50 illegal aliens to include juvenile children. DEFENDANT 1 would participate in transporting illegal aliens within El Paso, Texas and to Albuquerque, New Mexico. DEFENDANT 1 claimed she would scout the immigration checkpoint for her mom, in order to transport illegal aliens to Albuquerque, NM. DEFENDANT 1 identified DEFENDANT 2 as a caretaker of the residence when her and her mom are away and would be tasked with taking videos of illegal aliens and submitting them to smugglers. DEFENDANT 1 knew it was illegal to house and transport illegal aliens.

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Edith Marie DOMINGUEZ
Gregory Jose Daniel MARTINEZ-Tovar

PEPT# PEPT260400745

04/22/2026

FACTS    (CONTINUED)
At the station, DEFENDANT 2 agreed to provide a post Miranda statement regarding his involvement. DEFENDANT 2 claimed he has been residing  at the residence since he turned 18 years old. DEFENDANT 2 would act as the main caretaker of the house and of illegal aliens when his aunt, the owner of the residence, is not available. DEFENDANT 2 would be instructed by his aunt to take video verification of the illegal aliens and send them to her. DEFENDANT 2 claimed he would instruct illegal aliens where to eat, use the restroom and clean the house. DEFENDANT 2 claimed the illegal aliens were not free to leave the house and would buy them food. DEFENDANT 2 claimed that DEFENDANT 1 would assist as a caretaker. He also stated that his aunt would allow him to live at the residence rent free and would provide him with any required necessities.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation

Immigration History:
Edith Marie DOMINGUEZ
None Found
Gregory Jose Daniel MARTINEZ-Tovar
None Found

Criminal History:
Edith Marie DOMINGUEZ
None Found

None Found